IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                    CRIMINAL NO. 14-CR-30214-DRH

MICHAEL ALAN FLANAGAN,
et al.,

        Defendants.

## ORDER

Good cause having been established, the following Protective Order is hereby entered with respect to Rule 16 and Jencks Act materials:

(a)    That Rule 16 and Jencks Act materials, and any copies of the materials, be maintained in the sole custody and care of counsel for the defense, including counsel's office personnel; and

(b)    That any pleadings or other filings not use the names of potential witnesses or confidential informants.

**SO ORDERED**.

January 26, 2015

Digitally signed by David R. Herndon
Date: 2015.01.26 16:49:06 -06'00'

United States District Court